# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Strauss, Jared M. | **2. Court or Organization**<br><br>U.S. District Court, Southern District of Florida | **3. Date of Report**<br><br>07/26/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (FT) | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>U.S. Federal Building and Courthouse<br>299 East Broward Blvd<br>Ft. Lauderdale, FL 33301 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board of Directors | Federal Bar Association, Broward Chapter |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strauss, Jared M. | 07/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Heiden & Heiden, PA (salary) |
| 2. | 2020 | Self-employed (optometrist) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strauss, Jared M. | 07/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strauss, Jared M. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.  BANK OF AMERICA (cash) | A | Interest | J | T | | | | | |
| 3.  CAPITAL ONE BANK (cash) | A | Interest | L | T | | | | | |
| 4.  TRUIST (cash) | A | Interest | K | T | | | | | |
| 5.  ACCOUNT #1 (H) | | | | | | | | | |
| 6.  DFA EMERGING MRKTS CORE EQU PORTF (DFCEX) | A | Dividend | J | T | | | | | |
| 7.  DFA INTERNATIONAL LR CAP GR PORT INSTL (DILRX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 8.  DFA INTERNATIONAL SMALL COMPANY PORT (DFISX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 9.  DFA INTERNATIONAL VALUE PRTF INSTL (DFIVX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 10.  DFA INT'L SMALL CAP VALUE (DISVX) | | None | | | Sold | 01/03/20 | J | A | |
| 11.  DFA INTERNATIONAL CORE EQUITY (DFIEX) | | None | | | Sold | 01/03/20 | J | A | |
| 12.  DFA REAL ESTATE SEC PRTF INSTL (DFREX) | A | Dividend | J | T | | | | | |
| 13.  DFA US LARGE CAP GROWTH PORT INSTL (DUSLX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 14.  DFA US SMALL CAP GROWTH PORT INSTL (DSCGX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 15.  DFA US LARGE CAP VALUE PRTF INSTL (DFLVX) | A | Dividend | J | T | | | | | |
| 16.  DFA US LARGE COMPANY PORTFOLIO (DFUSX) | | None | | | Sold | 01/03/20 | J | A | |
| 17.  DFA US SMALL CAP PORTFOLIO INSTL CL (DFSTX) | | None | | | Sold | 01/03/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strauss, Jared M. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. DFA US TARGETED VALUE PRTF INSTL (DFFVX) | A | Dividend | J | T | | | | | |
| 19. DFA INTERM EXTENDED QUALITY PORT INSTL (DFTEX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 20. DFA INVESTMENT GRADE PORTFOLIO INSTL (DFAPX) | A | Dividend | J | T | | | | | |
| 21. ACCOUNT #2 (H) | | | | | | | | | |
| 22. DFA EMERGING MRKTS CORE EQU PORTF (DFCEX) | A | Dividend | J | T | | | | | |
| 23. DFA INTERNATIONAL LR CAP GR PORT INSTL (DILRX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 24. DFA INTERNATIONAL SMALL COMPANY PORT (DFISX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 25. DFA INTERNATIONAL VALUE PRTF INSTL (DFIVX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 26. DFA INT'L SMALL CAP VALUE (DISVX) | | None | | | Sold | 01/03/20 | J | A | |
| 27. DFA INTERNATIONAL CORE EQUITY (DFIEX) | | None | | | Sold | 01/03/20 | J | A | |
| 28. DFA REAL ESTATE SEC PRTF INSTL (DFREX) | A | Dividend | J | T | | | | | |
| 29. DFA US LARGE CAP GROWTH PORT INSTL (DUSLX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 30. DFA US SMALL CAP GROWTH PORT INSTL (DSCGX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 31. DFA US LARGE CAP VALUE PRTF INSTL (DFLVX) | A | Dividend | J | T | | | | | |
| 32. DFA US LARGE COMPANY PORTFOLIO (DFUSX) | | None | | | Sold | 01/03/20 | J | A | |
| 33. DFA US SMALL CAP PORTFOLIO INSTL CL (DFSTX) | | None | | | Sold | 01/03/20 | J | A | |
| 34. DFA US TARGETED VALUE PRTF INSTL (DFFVX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strauss, Jared M. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. DFA INTERM EXTENDED QUALITY PORT INSTL (DFTEX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 36. DFA INVESTMENT GRADE PORTFOLIO INSTL (DFAPX) | A | Dividend | J | T | | | | | |
| 37. ACCOUNT #3 (H) | | | | | | | | | |
| 38. DFA EMERGING MRKTS CORE EQU PORTF (DFCEX) | A | Dividend | J | T | | | | | |
| 39. DFA INTERNATIONAL LR CAP GR PORT INSTL (DILRX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 40. DFA INTERNATIONAL SMALL COMPANY PORT (DFISX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 41. DFA INTERNATIONAL VALUE PRTF INSTL (DFIVX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 42. DFA INT'L SMALL CAP VALUE (DISVX) | | None | | | Sold | 01/03/20 | J | | |
| 43. DFA INTERNATIONAL CORE EQUITY (DFIEX) | | None | | | Sold | 01/03/20 | J | | |
| 44. DFA REAL ESTATE SEC PRTF INSTL (DFREX) | A | Dividend | J | T | | | | | |
| 45. DFA US LARGE CAP GROWTH PORT INSTL (DUSLX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 46. DFA US SMALL CAP GROWTH PORT INSTL (DSCGX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 47. DFA US LARGE CAP VALUE PRTF INSTL (DFLVX) | A | Dividend | J | T | | | | | |
| 48. DFA US LARGE COMPANY PORTFOLIO (DFUSX) | | None | | | Sold | 01/03/20 | J | | |
| 49. DFA US SMALL CAP PORTFOLIO INSTL CL (DFSTX) | | None | | | Sold | 01/03/20 | J | | |
| 50. DFA US TARGETED VALUE PRTF INSTL (DFFVX) | A | Dividend | J | T | | | | | |
| 51. DFA INTERM EXTENDED QUALITY PORT INSTL (DFTEX) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strauss, Jared M. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. DFA INVESTMENT GRADE PORTFOLIO INSTL (DFAPX) | A | Dividend | J | T | | | | | |
| 53. ACCOUNT #4 (H) | | | | | | | | | |
| 54. FIDELITY FREEDOM 2050 (FFFHX) (cash) | A | Dividend | J | T | | | | | |
| 55. ACCOUNT #5 (H) | | | | | | | | | |
| 56. FIDELITY PURITAN (FPURX) | D | Dividend | M | T | | | | | |
| 57. ACCOUNT #6 (H) | | | | | | | | | |
| 58. SILA REALTY TRUST CL A | | None | J | T | | | | | |
| 59. ACCOUNT #7 (H) | | | | | | | | | |
| 60. AVANTAX STANDARD DEPOSIT ACCOUNT (QHDSQ) (cash) | A | Interest | K | T | | | | | |
| 61. DFA COMMODITY STRATEGY PORT INSTL (DCMSX) | | None | | | Sold | 01/03/20 | J | | |
| 62. DFA EMERGING MRKTS CORE EQU PORTF (DFCEX) | A | Dividend | K | T | | | | | |
| 63. DFA INTERNATIONAL LR CAP GR PORT INSTL (DILRX) | A | Dividend | K | T | Buy | 01/03/20 | K | | |
| 64. DFA INTERNATIONAL SMALL COMPANY PORT (DFISX) | A | Dividend | K | T | Buy | 01/03/20 | K | | |
| 65. DFA INTERNATIONAL VALUE PRTF INSTL (DFIVX) | A | Dividend | K | T | Buy | 01/03/20 | K | | |
| 66. DFA INT'L SMALL CAP VALUE (DISVX) | | None | | | Sold | 01/03/20 | J | | |
| 67. DFA INTERNATIONAL CORE EQUITY (DFIEX) | | None | | | Sold | 01/03/20 | L | D | |
| 68. DFA REAL ESTATE SEC PRTF INSTL (DFREX) | A | Dividend | K | T | Buy (add'l) | 01/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strauss, Jared M. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | DFA US LARGE CAP GROWTH PORT INSTL (DUSLX) | A | Dividend | L | T | Buy | 01/03/20 | K | | |
| 70. | DFA US SMALL CAP GROWTH PORT INSTL (DSCGX) | A | Dividend | K | T | Buy | 01/03/20 | K | | |
| 71. | DFA US LARGE CAP VALUE PRTF INSTL (DFLVX) | A | Dividend | L | T | Buy | 01/03/20 | J | | |
| 72. | DFA US LARGE COMPANY PORTFOLIO (DFUSX) | | None | | | Sold | 01/03/20 | K | E | |
| 73. | DFA US SMALL CAP PORTFOLIO INSTL CL (DFSTX) | | None | | | Sold | 01/03/20 | K | C | |
| 74. | DFA US TARGETED VALUE PRTF INSTL (DFFVX) | A | Dividend | K | T | | | | | |
| 75. | DFA INTERM EXTENDED QUALITY PORT INSTL (DFTEX) | A | Dividend | K | T | Buy | 01/03/20 | K | | |
| 76. | DFA INVESTMENT GRADE PORTFOLIO INSTL (DFAPX) | A | Dividend | L | T | Buy (add'l) | 01/03/20 | J | | |
| 77. | ACCOUNT #8 (H) | | | | | | | | | |
| 78. | NH PORTFOLIO 2030 (FIDELITY INDEX) | | None | M | T | Buy (add'l) | 12/21/20 | J | | |
| 79. | ACCOUNT #9 (H) | | | | | | | | | |
| 80. | NH PORTFOLIO 2030 (FIDELITY INDEX) | | None | M | T | Buy (add'l) | 12/21/20 | J | | |
| 81. | ACCOUNT #10 (H) | | | | | | | | | |
| 82. | LEGG MASON SCHOLARS CHOICE529 AGE BASED 7-9 C | | None | K | T | | | | | |
| 83. | ACCOUNT #11 (H) | | | | | | | | | |
| 84. | LEGG MASON SCHOLARS CHOICE529 AGE BASED 10-12 C | | None | K | T | | | | | |
| 85. | ACCOUNT #12 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strauss, Jared M.** | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   THE WALT DISNEY COMPANY | A | Dividend | J | T | | | | | |
| 87.   ACCOUNT #13 (H) | | | | | | | | | |
| 88.   FS KKR CAPITAL CORP II (FSKR) | | None | J | T | | | | | |
| 89.   FS KKR CAPITAL CORP (FSK) (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, SILA REALTY TRUST CL A was CARTER VALIDUS MC REIT II CL A.

| Name of Person Reporting | Date of Report |
|---|---|
| Strauss, Jared M. | 07/26/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jared M. Strauss**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544